UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAYSHAWN SHOFFNER,

    Plaintiff,

v.                              Case No. 3:23cv16745-MCR-HTC

OFFICER P YOUNG,
LT SWANSON,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 28, 2023. ECF No. 8. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation, ECF Doc. 8, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED under 28 U.S.C. §§ 1915(e)(2)(b)(ii) and 1915A(b)(1) for failure to state a claim and for failure to follow the Court's instructions.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 14th day of November 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**